No. 96–1320.  EMERICK *v.* UNITED TECHNOLOGIES CORP. C. A. 2d Cir.  Certiorari denied.

No. 96–1325.  MOUNT JUNEAU ENTERPRISES, INC., ET AL. *v.* CITY AND BOROUGH OF JUNEAU ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 96–1334.  MATTOX ET VIR *v.* DALLAS BOARD OF ADJUSTMENTS.  C. A. 5th Cir.  Certiorari denied.

No. 96–1338.  PRESTONWOOD GOLF CLUB CORP., DBA PRESTONWOOD COUNTRY CLUB *v.* NIEDERLITZ ET UX.  C. A. 5th Cir. Certiorari denied.

No. 96–1340.  GREEN ET VIR *v.* DOLSKY ET AL.  Sup. Ct. Pa. Certiorari denied.

No. 96–1344.  CONFEDERATED TRIBES OF THE CHEHALIS INDIAN RESERVATION ET AL. *v.* WASHINGTON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 96–1348.  STEAMSHIP MUTUAL UNDERWRITING ASSN. (BERMUDA) LTD. *v.* BARIS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–1349.  SIMMONS *v.* BURNS, COMMISSIONER, CONNECTICUT DEPARTMENT OF TRANSPORTATION.  C. A. 2d Cir.  Certiorari denied.

No. 96–1351.  LAWS, TRUSTEE *v.* UNITED MISSOURI BANK OF KANSAS CITY, N. A.  C. A. 8th Cir.  Certiorari denied.

No. 96–1354.  CATZ *v.* MCDONALD, TRIAL COMMISSIONER, DOMESTIC RELATIONS DIVISION OF THE SUPERIOR COURT IN AND FOR THE COUNTY OF PIMA, ARIZONA (CHALKER, REAL PARTY IN INTEREST), ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 96–1360.  CLEMENTS *v.* BABCOCK & WILCOX CO. ET AL. C. A. 4th Cir.  Certiorari denied.

No. 96–1362.  CLOROX CO. *v.* HAILE.  C. A. D. C. Cir.  Certiorari denied.

No. 96–1368.  VAN SCOY ET AL. *v.* SHELL OIL CO.  C. A. 9th Cir.  Certiorari denied.